IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00409-WM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES SHILOH ATKINS,

      Defendant.

_____

**MINUTE ORDER**
_____

      The following Minute Order is entered by Judge Walker D. Miller:

      Due to a conflict in the court's calendar, the hearing on supervised release is rescheduled to **May 6, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  March 19, 2010

                                Jane Trexler, Judicial Assistant